# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | |
| GRADY CLARK CUNNINGHAM, JR., | : | CIVIL ACTION |
| Debtor. | : | No. 15-958 |
| | : | |
| SEAN LOUCAS, et al., | : | BANKRUPTCY |
| Appellants, | : | No. 14-15010 |
| v. | : | |
| | : | ADVERSARY |
| GRADY CLARK CUNNINGHAM, JR., | : | No. 14-375 |
| Appellee. | : | |

## ORDER

This 3rd day of November, 2015, upon consideration of the Notice of Appeal filed by Plaintiffs-Appellants Sean Loucas, James Schwar, and Kristy Schwar, and the Briefs in support and opposition thereto, it is **ORDERED** that the February 4, 2015 Order of the United States Bankruptcy Court Dismissing Appellants' Complaint is **AFFIRMED**.

The Clerk of Court shall mark this case closed for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Court Judge